270 F.2d 953
 LIVESAY INDUSTRIES, INC., and Everett G. Livesay Window
Company, Inc., Appellants,
v.
Hollis RINEHART et al., Appellees.
 No. 17772.
 United States Court of Appeals Fifth Circuit.
 Oct. 27, 1959.
 
 J. M. Flowers, Henry M. Sinclair, Miami, Fla., for appellants.
 Walter Humkey, Miami, Fla., Fowler, White, Gillen, Yancey & Humkey, Miami, Fla., of counsel, for appellees.
 Before RIVES, Chief Judge, and TUTTLE and BROWN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed.